UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Catreana Coleman<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   16-37110<br><br>Chapter:  13<br>Honorable Timothy Barnes |

**ORDER AUTHORIZING DISBURSEMENT OF FUNDS**

THIS MATTER coming to be heard on Debtor's Motion to Authorize Disbursement of Funds, this Court having jurisdiction, with due notice having been given, IT IS HEREBY ORDERED:

1. GEICO is authorized to disburse $10,773.00 to Capital One Auto Finance.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  August 08, 2019

**Prepared by:**

Dale Riley
Geraci Law LLC
55 E. Monroe, Ste. 3400
Chicago, IL 60603